**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 96-40804
_____

JAMES C. JOHNSTON,

                              Plaintiff-Appellant,

VERSUS

AMERICAN MEDICAL INTERNATIONAL, ET AL,

                              Defendants

AMERICAN    MEDICAL    INTERNATIONAL;    AMI
NACOGDOCHES MEDICAL CENTER HOSPITAL; NATIONAL
MEDICAL  ENTERPRISES,  INC.;  TENET  HEALTH  CARE
CORPORATION;  MORRIS  JACKSON;  LISA  JACKSON,
Mrs.; THOMAS CLAYTON, M.D.;

                              Defendants-Appellees.

_____

Appeal from the United States District Court
For the Eastern District of Texas
(9:95-CV-191)
_____

September 24, 1997

Before WISDOM, JOLLY and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[1]

        AFFIRMED.  _See_ 5TH CIR. R. 47.6.

-----

        [1]    Pursuant to 5TH CIR. R. 47.5, the Court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.